McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-MJ-0043 |
| Plaintiff, | ) | STIPULATION CONTINUING |
| | ) | PRELIMINARY HEARING DATE; |
| v. | ) | ORDER |
| CALVIN MITCHELL | ) | |
| Defendant. | ) | |

The parties, through their respective attorneys, hereby agree that the preliminary hearing in the above matter, presently scheduled for February 28, 3006, at 2:00 p.m., be continued two days to March 2, 2006, at 2:00 p.m.  The reason for the request is that the grand jury session scheduled for February 23, 2006, was cancelled, necessitating the postponement of the presentation of the Indictment until the following week.  This request is made pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.   Counsel for the government has received the oral consent of defense counsel, Jeffrey Staniels, to this request.

DATED: February 23, 2006                    McGREGOR W. SCOTT
                                            United States Attorney


                                    By:   _____/s/_____
                                            RICHARD J. BENDER
                                            Assistant U.S. Attorney

//

//

1

Stipulation to Continue Preliminary Hearing
to March 2, 2006
Page two

It is SO ORDERED,

this 24th day of February, 2006          /s/ Gregory G. Hollows

_____
          GREGORY G. HOLLOWS
          U.S. Magistrate Judge

mitchell.ord