UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CALVIN MITCHELL,

        Defendant.
_____/

NO. CR. S-06-0078 WBS

ORDER

----oo0oo----

     At the request of the defendant, attorney Jeffrey Staniels is relieved as counsel of record, and the Federal Defender is directed to arrange for the appointment of new counsel to represent defendant. This matter is ordered continued to the next available criminal calendar, at which defendant shall appear with new counsel for further proceedings.

     IT IS SO ORDERED.

DATED: June 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE