```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CALVIN MITCHELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-078 WBS |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| CALVIN MITCHELL ) | |
| Defendant. ) | |
| ) | Date: SEPTEMBER 13, 2006 |
| _____ ) | Time: 9:00 a.m. |
| ) | Judge: Hon. SHUBB |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney RICK BENDER, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CALVIN MITCHELL, that the status conference scheduled for August 16, 2006, be vacated and the matter be continued to this Court's criminal calendar on September 13, 2006, at 9:00 a.m, for possible change of plea.

This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 13, 2006 date, and that Mr. Bender has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: August 14, 2006        /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              Jennifer Borsheim

Dated: August 14, 2006        /S/ Rick Bender
                              Rick Bender
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  August 15, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                     2