DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CALVIN MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CALVIN MITCHELL<br>        Defendant.<br>_____ | No. 06-0078 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:  OCTOBER 11, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. SHUBB |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney RICK BENDER, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CALVIN MITCHELL, that the status conference scheduled for September 13, 2006, 2006, be vacated and the matter be continued to this Court's criminal calendar on October 11, 2006, at 9:0 a.m, for status.

    This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution.


    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3 ends of justice served in granting the continuance and allowing the
4 defendant further time to prepare outweigh the best interests of the
5 public and the defendant in a speedy trial.
6     The Court is advised that all counsel have conferred about this
7 request, that they have agreed to the October 11, 2006 date, and that
8 Mr. Bender has authorized Ms. Santos to sign this stipulation on his
9 behalf.
10     **IT IS SO STIPULATED.**
11
12 Dated: September 12, 2006        /S/ Dina L. Santos
                                   DINA L. SANTOS
13                                 Attorney for Defendant
                                   Calvin Mitchell
14
15 Dated: September 12, 2006        /S/ Rick Bender
                                   Rick Bender
16                                 Assistant United States Attorney
                                   Attorney for Plaintiff
17
18                          **O R D E R**
19     **IT IS SO ORDERED.**
20         By the Court,
21
22 Dated: September 12, 2006
23
24                     _William B. Shubb_
                    WILLIAM B. SHUBB
25                     UNITED STATES DISTRICT JUDGE
26
27
28