```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    CALVIN MITCHELL
 6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| 11 | UNITED STATES OF AMERICA, | ) No. 06-0078 WBS |
|---|---|---|
| 12 | Plaintiff, | ) |
| 13 | v. | ) STIPULATION AND ORDER VACATING ) DATE, CONTINUING CASE, AND ) EXCLUDING TIME |
| 14 | CALVIN MITCHELL | ) |
| 15 | Defendant. | ) Date:  March 13, 2007 |
| 16 | _____ | ) Time:  8:30 a.m. ) Judge: Hon. SHUBB |

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney RICK BENDER, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant CALVIN MITCHELL, that the trial

21 confirmation conference scheduled for November 29, 2006, be vacated and

22 the matter be continued to this Court's criminal calendar on <u>February

23 26, 2007, at 8:30 a.m</u>, for trial confirmation and set for jury trial on

24 <u>March 13, 2007 at 9:00 a.m.</u>

25      This continuance is requested by the defense in order to permit

26 further client consultation, investigation, trial preparation and

27 further negotiations with the prosecution.

28

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the dates, and that Mr. Ferrari has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: November 20, 2006        /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                Calvin Mitchell

Dated: November 20, 2006        /S/ Rick Bender
                                Phillip Ferrari
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: November 21, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                     2