McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALVIN MITCHELL, ) <br> ) <br> Defendant. ) <br> _____) | No. CR. S-06-0078 WBS <br><br> ORDER |

    This matter came before the Court for a status conference on February 26, 2007.  The United States was represented by Assistant U.S. Attorney Philip A. Ferrari; the defendant was represented by Dina Santos, Esq.

    At the hearing, the parties were informed that the Court's calendar would not allow the case to go to trial on March 13, 2007. The defendant indicated his preference to try the case in this Court rather than have the case reassigned.  In addition, counsel for the defendant indicated that she required additional time to adequately prepare for trial, including further review of discovery and interviewing of witnesses.  The Court was also informed that the defendant had made discovery requests which were currently the

subject of negotiation between the parties and which could require litigation.  Thus, at the defendant's request, the date for the jury trial was continued to April 17, 2007.  A Trial Confirmation Hearing was set for March 26, 2007.  Both parties agreed that the time from February 26, 2007, through April 17, 2007, could properly be excluded from computation under the speedy trial act so that defense counsel could adequately prepare for trial.

Based upon the representations by counsel and the stipulation of the parties, the Court excluded time under those provisions of the Speedy Trial Act relating to reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The Court directed government counsel to prepare a formal order.

Therefore, **IT IS HEREBY ORDERED** that:

1. Jury trial is set to commence on April 17, 2007.

2. A Trial Confirmation Hearing is set for March 26, 2007, at 8:30 a.m.

2. Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded from February 26, 2007, through April 17, 2007.

IT IS SO ORDERED.

Date:  March 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE