```
DINA L. SANTOS, SBN 204200
LAW OFFICE OF DINA L. SANTOS
428 J STREET, SUITE 359
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CALVIN MITCHELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN MITCHELL,<br><br>　　　　　Defendant.<br>_____ | CRS-06-078 WBS<br><br>**AMENDED APPLICATION FOR ORDER DIRECTING THE GOVERNMENT TO RELEASE SAMPLES OF CONTROLLED SUBSTANCE FOR INDEPENDENT DEFENSE RETESTING; DECLARATION OF COUNSEL, AND ORDER.** |

**APPLICATION**

A superseding indictment was filed on this case as a result of the recent Ninth Circuit decision in United States v. Hollis, No. 05-30611, 2007 U.S. App.LEXIS 10796, requiring an indictment to specifically allege crack cocaine in order to seek the enhanced statutory penalties of crack cocaine.  The DEA lab reports provided in discovery quantify the drugs seized in this case as cocaine base.  The government is now alleging that the drugs are in fact crack.  In order to prepare Mr. Mitchell's defense, we are requesting that the drug sample be analyzed at an independent laboratory to determine the exact chemical composition; specifically, what type of cocaine is the sample.

1      The undersigned has spoken with forensic chemist Susan O'neill of
2 National Medical Services Laboratories (NMS), in Willow Grove,
3 Pennsylvania.  From the undersigned's discussions with Ms. O'neill, the
4 drug sample must first be deemed cocaine.  Subsequent tests of the
5 sample can then determine the type of cocaine that exists through
6 determining whether it is derived from salts or base.  Initially, the
7 undersigned intended to have a local laboratory perform this analysis,
8 but was informed that this type of testing requires infrared
9 spectrometry machinery the local laboratory does not have this type of
10 machinery and the local laboratory is not capable of performing this
11 type of analysis.  NMS laboratory was recommended by Forensic Chemist,
12 Jeffery Zehnder of Drug Detection Laboratory, located in Sacramento,
13 California.  After speaking to Ms. O'neill, she confirms that this type
14 of testing can be done at NMS lab.   See declaration of Dina L. Santos.
15      The DEA Laboratory requires a court order which specifies the
16 following: 1.) That the defense expert is authorized to receive and
17 evaluate controlled substances, 2.) The amount/weight of the samples to
18 be transported, 3.) That the defense expert is to return the unused
19 portion of the samples within 10 days after the independent testing is
20 performed, and 4.) That the court is directing DEA Western Laboratory
21 to transmit the samples to the defense expert.
22      Based upon the significance of the determination of the specific
23 type of cocaine that was seized in the instant case, and based upon the
24 possible inaccuracy of the finding in the government reports that refer
25 to the drugs as cocaine base and crack interchangeably, defendant
26 respectfully requests this court to issue an order directing the DEA's
27 Western Laboratory to furnish NMS Laboratory, with a sample from the
28 drugs seized in this case.

2

                                        Respectfully submitted,


Dated: June 1, 2007                     _____/S/_____
                                        DINA L. SANTOS, ESQ.
                                        Attorney for CALVIN MITCHELL


**DECLARATION OF DINA L. SANTOS**

I, Dina L. Santos, hereby declare as follows:

1.  I am the attorney for CALVIN MITCHELL in the case of United States v. CALVIN MITCHELL, CR-S 06-0078 WBS.

2.  All factual representations in the accompanying application are true and accurate.

3.  I spoke with Susan O'neill, of NMS Laboratories.  Ms. O'neill is authorized to receive and analyze controlled substances.  Her DEA Registration Number is PN0067226.

4.  According to Ms. O'neill, testing of this type usually takes approximately three or four weeks.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2007                     /S/Dina L. Santos
                                        DINA L. SANTOS
                                        Attorney for Calvin Mitchell

DINA L. SANTOS, SBN 204200
LAW OFFICE OF DINA L. SANTOS
428 J STREET, SUITE 359
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CALVIN MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS-05-0078 WBS |
| ) Plaintiff, ) | |
| ) v. ) ) | **ORDER TO PRODUCE REPRESENTATIVE SAMPLE FOR TESTING BY DEFENSE EXPERT** |
| CALVIN MITCHELL, ) ) Defendant. ) ) _____ ) | |

UPON THE DEFENDANTS MOTION for an order which requires the Government to produce a representative sample of the following exhibit(s), to-wit:

| Exhibit Number | DEA Laboratory Number |
|---|---|
| *1* | *7121604* |

as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED, having the Case File No. 166E-SC-37915, and dated 6/7/2004, for qualitative analysis and identification of the controlled substance contained therein by a defense expert, AND UPON THIS COURTS CONSIDERATION of the arguments and pleadings filed,

IT IS HEREBY ORDERED and DECREED in accordance with FED.R.CRIM.P 16(a)(1)(E), that the Government shall allow the defense to

4

1  independently inspect and analyze a representative sample from the
2  above-described drug exhibits; and

3      IT IS FURTHER ORDERED that the Government shall deliver, in a
4  manner consistent with the type and quantity of controlled substance at
5  issue, a representative sample in the amount of 500 mg or not less than
6  one-half (1/2) the current reserve weight, if less than 1 gram
7  presently remains as the reserve weight, from each of the above-
8  described exhibits to *Susan O'neill*, DEA License No. PN0067226
9  of NMS, Inc., located at 3701 Welsh Road, Willow Grove, PA 79090
10 telephone (215) 657-4900.  The DEA Western Laboratory shall arrange the
11 delivery of said representative sample(s) on or before *June 8, 2007* ,
12 to *Susan O'neill*, of the *NMS Laboratory*; and

13     IT IS FURTHER ORDERED, that upon delivery of the representative
14 sample for each of the exhibit(s) identified above to the defense
15 expert, the defense expert shall conduct the qualitative analyses and
16 identification ordered herein, and shall provide the Government with an
17 *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. § 1746,
18 executed by the individual who conducted the analyses, or the head of
19 the facility where the analyses occurred, which states the quantity of
20 each exhibit consumed during testing, and either the weight of each
21 exhibit returned to the Government, or a statement that all sample was
22 consumed during testing; and

23     IT IS FURTHER ORDERED that all remaining material of the
24 sample(s), after testing, is to be returned by *Susan O'neill* to the DEA
25 Western Laboratory via registered U.S. mail, return receipt requested,
26 or approved commercial carrier, within five (5) business days after the
27 completion of analyses; and

28     IT IS FURTHER ORDERED, in accordance with FED. R. CRIM. P.

5

1 | 16(b)(1)(B), that the defendant shall provide the Government with a
2 | copy of the results or report of the physical examinations and
3 | scientific tests or experiments which resulted from the analyses
4 | conducted under this Order: and
5 |     IT IS FURTHER ORDERED, that *Susan O'neill* is to safeguard the
6 | representative sample(s) received, preserving the chain of custody in a
7 | manner to faithfully protect the integrity of each exhibit received.
8 |
9 |     IT IS SO ORDERED this 4th day of June, 2007.
10 |
BY THE COURT:
11 |
12 |
         _____/s/ William B. Shubb_____
13 | WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
14 |
15 |
16 |
17 | APPROVED AS TO FORM:
18 |
     _____/s/_____
19 | Dina L. Santos
     Attorney for Defendant
20 |
21 | _____/s/_____
     Phillip Ferrari
22 | Assistant U.S. Attorney
23 |
24 |
25 |
26 |
27 |
28 |

6