1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CALVIN MITCHELL
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    ) No. 06-0078 WBS
                                )
12             Plaintiff,       )
                                ) STIPULATION AND ORDER VACATING
13     v.                       ) DATE, CONTINUING CASE, AND
                                ) EXCLUDING TIME
14 CALVIN MITCHELL              )
               Defendant.       )
15                              ) Date:  October 22, 2007
   _____) Time:  8:30 a.m.
16                              ) Judge: Hon. SHUBB

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Phillip Ferrari, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant CALVIN MITCHELL, that the trial

21 confirmation conference scheduled for September 24, 2007, be vacated

22 and the matter be continued to this Court's criminal calendar on

23 October 22, 2007, at 8:30 a.m, for status,

24     This continuance is requested by the defense in order to permit

25 further client consultation, investigation, trial preparation and

26 further negotiations with the prosecution and will serve the ends of

27 justice.

28

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.
7    The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the dates, and that Mr. Ferrari has
9  authorized Ms. Santos to sign this stipulation on his behalf.
10   **IT IS SO STIPULATED.**

12 Dated: September 20, 2007            /S/ Dina L. Santos
                                        DINA L. SANTOS
13                                      Attorney for Defendant
                                        Calvin Mitchell

15 Dated: September 20, 2007            /S/ Phillip Ferrari
                                        Phillip Ferrari
16                                      Assistant United States Attorney
                                        Attorney for Plaintiff

18                          **O R D E R**
19   **IT IS SO ORDERED.**
20         By the Court,

22 Dated: September 20, 2007

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Stipulation and Order                   2