1 | DINA L. SANTOS, Bar #204200
Attorney at Law
2 | 428 J Street, 3rd Floor
Sacramento, California 95814
3 | Telephone: (916) 447-0160

4

5 | Attorney for Defendant
CALVIN MITCHELL

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| UNITED STATES OF AMERICA, | ) No. 06-0078 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER VACATING<br>) DATE, CONTINUING CASE, AND<br>) EXCLUDING TIME |
| CALVIN MITCHELL | ) |
| Defendant. | ) |
| | ) Date: November 19, 2007<br>) Time: 8:30 a.m.<br>) Judge: Hon. SHUBB |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip Ferrari, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CALVIN MITCHELL, that the trial confirmation conference scheduled for October 22, 2007, be vacated and the matter be continued to this Court's criminal calendar on November 19, 2007, at 8:30 a.m, for status and possible setting of jury trial,

This continuance is requested by the defense in order to permit further client consultation, investigation, trial preparation and further negotiations with the prosecution and will serve the ends of justice.

1     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.
7     The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the dates, and that Mr. Ferrari has
9  authorized Ms. Santos to sign this stipulation on his behalf.
10    **IT IS SO STIPULATED.**

12 Dated: October 16, 2007          /S/ Dina L. Santos
                                     DINA L. SANTOS
13                                   Attorney for Defendant
                                     Calvin Mitchell

15 Dated: October 16, 2007          /S/ Phillip Ferrari
                                     Phillip Ferrari
16                                   Assistant United States Attorney
                                     Attorney for Plaintiff

18                              **O R D E R**
19    **IT IS SO ORDERED.**
20           By the Court,

22 Dated: October 16, 2007

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Stipulation and Order                2