1 MCGREGOR W. SCOTT
United States Attorney
2 PHILIP A. FERRARI
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2744

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   No. CR. S-06-0078 WBS
12                 Plaintiff,       )
                                    )   ORDER
13          v.                      )
                                    )
14 CALVIN MITCHELL,                 )
                                    )
15                 Defendant.       )
   _____)

16

17     It is hereby stipulated by and between the United States of

18 America through its attorney, and defendant Calvin Mitchell, through

19 his attorney, that the status conference hearing set for November

20 19, 2007 be vacated, and that a jury trial be set for March 4, 2008,

21 and that a Trial Confirmation Hearing be set for February 19, 2008

22 at 8:30 a.m.

23     The defendant has retained experts that have conducted

24 independent testing of the drug exhibit as well an audio tape.  The

25 defendant needs time to review these results, and prepare for trial

26 on the basis of those results.  In addition, counsel for the

27 defendant requires additional time to interview witnesses in

28 preparation for trial.  Both parties agree that the time from

                                    1

November 19, 2007, through the trial date of March 4, 2008, can properly be excluded from computation under the speedy trial act so that defense counsel can adequately prepare for trial.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

DATED: November 16, 2007        /s/ Philip Ferrari for
                                DINA SANTOS, ESQ.
                                Attny. for Calvin Mitchell


DATED: November 16, 2007        McGREGOR W. SCOTT
                                United States Attorney

                           By: /s/ Philip Ferrari
                                PHILIP A. FERRARI
                                Assistant U.S. Attorney

**IT IS HEREBY ORDERED** that:

    1.   The Status Conference currently set for November 19, 2007, is vacated;

    2.   Jury trial is set to commence on March 4, 2008 at 9:00 a.m;

    3.   A Trial Confirmation Hearing is set for February 19, 2008, at 8:30 a.m.; and

    4.   Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from November 19, 2007, through March 4, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

    IT IS SO ORDERED.

Date: November 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE