DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CALVIN MITCHELL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR.S-06-078 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | JUDGMENT AND SENTENCING |
| | ) | |
| CALVIN MITCHELL | ) | Date:   June 30, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Honorable William B.  Shubb |
| _____ | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP

FERRARI, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CALVIN

MITCHELL, that the Judgement and Sentencing set for May 12, 2008, be vacated and the matter be

continued to this Court's criminal calendar on June 30, 2008, at 9:00 a.m.  The parties further stipulate to

the following dates:

Defense written objections to Pre-Sentence report delivered to probation by June 9, 2008;

Pre-Sentence Report filed with court and disclosed to Counsel by

June 16, 2008;

Motion for correction of Pre-Sentence report file with the Court      and served on Probation and

prosecution by June 23, 2008.

The Court is advised that all counsel and probation have conferred about this request, that they have agreed to the June 30, 2008 date, and that Mr. Ferrari has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 21, 2008

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Calvin Mitchell

Dated: April 21, 2008

/s/ Phillip Ferrari
Phillip Ferrari
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  April 22, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE