DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
CALVIN MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 06-078 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE J&S. |
| CALVIN MITCHELL | ) Date:  JULY 21, 2008 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. SHUBB |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP FERRARI, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CALVIN MITCHELL, that the Judgement and Sentencing set for June 30, 2008, be vacated and the matter be continued to this Court's criminal calendar on July 21, 2008, at 8:30 a.m.  The parties further stipulate to the following dates:

Defense written objections to Pre-Sentence report delivered to probation by June 16, 2008;

Pre-Sentence Report filed with court and disclosed to Counsel by July 7, 2008;

Motion for correction of Pre-Sentence report file with the Court

Case 2:06-cr-00078-WBS-KJN   Document 91   Filed 06/12/08   Page 2 of 2

1   and served on Probation and prosecution by July 14, 2008.

3   The Court is advised that all counsel and probation have conferred
4   about this request, that they have agreed to the July 21, 2008 date,
5   and that Mr. Ferrari has authorized Ms. Santos to sign this stipulation
6   on his behalf.

7   **IT IS SO STIPULATED.**

9   Dated: June 6, 2008         /s/ Dina L. Santos
                                 DINA L. SANTOS
10                               Attorney for Defendant
                                 Calvin Mitchell

12  Dated: June 6, 2008         /s/ Phillip Ferrari
                                 Phillip Ferrari
13                               Assistant United States Attorney
                                 Attorney for Plaintiff

15                          **O R D E R**

16  **IT IS SO ORDERED.**

17             By the Court,

19  Dated:  June 11, 2008

20  _____
21  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

Stipulation and Order                    2