UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALVIN MITCHELL, | CR. NO.   2:06-078 WBS |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

----oo0oo----

On June 24, 2016, petitioner Calvin Mitchell filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motion no later than July 22, 2016.  Petitioner may then file a reply no later than August 5, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings

1

1  are necessary.
2           IT IS SO ORDERED.
3  Dated:   June 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE