PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MITCHELL,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CASE NO. 2:06-CR-00078-WBS-KJN<br><br>STIPULATION REGARDING AMENDED BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the government was to file its opposition to defendant's petition under 28 U.S.C. § 2255 no later than 7/22/2016. Petitioner was then to file a reply no later than 8/5/2016.

2. By this stipulation, the parties now jointly move to amend the briefing schedule such that the government may file its opposition no later than 8/5/2016, while Petitioner may file any reply no later than 8/19/2016.

[*Rest of page blank*.]

STIPULATION RE: AMENDED BRIEFING SCHEDULE          1

3. The parties agree and stipulate, and request that the Court find, that the proposed amended briefing schedule is fair and will not significantly prejudice either party.

IT IS SO STIPULATED.

Dated: July 18, 2016          PHILLIP A. TALBERT
                              Acting United States Attorney


                              /s/ ROSS K. NAUGHTON
                              ROSS K. NAUGHTON
                              Assistant United States Attorney


Dated: July 18, 2016          /s/ LEXI NEGIN
                              LEXI NEGIN
                              Counsel for Defendant
                              UNITED STATES OF
                              AMERICA

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the United States shall file its opposition to petitioner's motion under 28 U.S.C. § 2255 no later than 8/5/2016. Petitioner may file any reply no later than 8/19/2016.

Dated: July 28, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE