PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00078-WBS-KJN |
|---|---|
| Plaintiff/Respondent, | STIPULATION REGARDING AMENDED BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER |
| v. | DATE: N/A |
| CALVIN MITCHELL, | TIME: N/A |
| Defendant/Petitioner. | COURT: Hon. Kendall J. Newman |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the government was to file its opposition to defendant's petition under 28 U.S.C. § 2255 no later than 8/05/2016. Petitioner was then to file a reply no later than 8/19/2016.

2. By this stipulation, the parties now jointly move to amend the briefing schedule such that the government may file its opposition no later than 8/24/2016, while Petitioner may file any reply no later than 9/07/2016.

3. The parties request this extension of time because defendant has indicated that he may wish to withdraw his petition, and his attorney needs additional time to speak with him to confirm that that is in fact his intention.

[*Rest of page blank*.]

4. The parties agree and stipulate, and request that the Court find, that the proposed amended briefing schedule is fair and will not significantly prejudice either party.

IT IS SO STIPULATED.

Dated: August 3, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSS K. NAUGHTON
ROSS K. NAUGHTON
Assistant United States Attorney

Dated: August 3, 2016

/s/ LEXI NEGIN
LEXI NEGIN
Counsel for Defendant/Petitioner
CALVIN MITCHELL

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the United States may file its opposition to petitioner's motion under 28 U.S.C. § 2255 no later than 8/24/2016. Petitioner may file any reply no later than 9/07/2016.

Dated: August 9, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE