IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN MITCHELL,<br><br>Defendant. | Case No. 2:06-cr-0078 WBS KJN<br><br>ORDER<br><br>Judge: Hon. Kendall J. Newman |

On March 14, 2017, counsel for movant filed a request for thirty day stay of the decision on the motion under 28 U.S.C. § 2255, to enable counsel to review the decision in <u>Beckles v. United States</u>, No. 15-8544 (Mar. 6, 2017).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's March 14, 2017 request (ECF No. 113) is granted; and

2. Movant's § 2255 motion is stayed until April 15, 2017.

Dated:  March 20, 2017

/mitc0078.sty

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-1-