1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:06-cr-0078 WBS KJN P

12              Respondent,

13        v.                                ORDER

14   CALVIN MITCHELL,

15              Movant.

16

17        Movant is a federal prisoner, proceeding through counsel, with a motion to vacate, set

18   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  By order filed March 20, 2017, this

19   action was stayed to enable counsel to review the decision in Beckles v. United States, No. 15-

20   8544 (Mar. 6, 2017).  Within fourteen days from the date of this order, counsel for movant shall

21   file a status report addressing whether additional briefing is needed or whether the pending

22   motion should stand submitted.

23        Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this

24   order, counsel for movant shall file a status report.

25   Dated:  June 19, 2017

26

27                                                   _____
                                                     KENDALL J. NEWMAN
     /cw/mitc0078.fb                                 UNITED STATES MAGISTRATE JUDGE
28

                                                1